UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Temetra Render,

   Plaintiff,

v.

Credit Acceptance Corporation, Illinois
Reclamation Bureau, Inc., John Doe 1, and
John Doe 2,

   Defendants.

Case No. 14-cv-552-JPS

## DECLARATION OF DOUGLAS BUSK

  Pursuant to 28 U.S.C. § 1746, I, Douglas Busk, under penalty of perjury, declare as follows:

  1.  I am over the age of eighteen years and am competent to testify to the matters contained herein from personal knowledge.

  2.  I am the Treasurer of Credit Acceptance Corporation ("Credit Acceptance").

  3.  Credit Acceptance is a Michigan corporation with its principal place of business located in Southfield, Michigan.

  4.  Plaintiff Temetra Render has sued Credit Acceptance based on Credit Acceptance's collection activities in connection with Ms. Render's obligations under the Retail Installment Sales Contract ("Contract"), which is Exhibit A to the Affidavit of Kimberly Kapanka (Doc. #15).

5. On February 8, 2012, Ms. Render completed and signed a Credit Acceptance credit application. Attached as Exhibit 1 is a true and authentic copy of Ms. Render's credit application.

6. On February 8, 2012, Ms. Render entered into a Contract with Auto Solutions in Milwaukee, Wisconsin to finance the purchase of a 2001 Volkswagen Passat.

7. Auto Solutions immediately assigned the Contract to Credit Acceptance, a Michigan Corporation.

8. The Contract states that the buyer "must make all future payments to: CREDIT ACCEPTANCE CORPORATION, 25505 WEST TWELVE MILE ROAD-SUITE 3000, SOUTHFIELD, MICHIGAN 48034-8339[.]"

9. Credit Acceptance paid Auto Solutions upon acceptance of the Contract. The funds were electronically transferred via Automated Clearing House ("ACH") from Credit Acceptance's account in Michigan to Auto Solutions' account at The Equitable Bank in Milwaukee, Wisconsin.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 12, 2014.

                                                  s/Douglas Busk
                                                  Douglas Busk

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2014, I electronically filed the foregoing declaration with the Clerk of the Court using the ECF system. The ECF system will send notification of such filing to counsel of record for the parties.

    _s/Lisa M. Lawless_____
    Lisa M. Lawless